WILLIAM H. McCORD, as President of the BUILDING TRADES EMPLOYERS' ASSOCIATION, Appellant, *v.* THOMPSON-STARRETT COMPANY et al., Respondents.

*McCord* v. *Thompson-Starrett Co.*, 129 App. Div. 130, affirmed.
(Argued April 5, 1910; decided April 26, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 11, 1908, reversing a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to recover upon certain surety bonds.

*Frederick Hulse* for appellant.

*Albert B. Boardman* for respondents.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.